COHELAN KHOURY & SINGER
Michael D. Singer (Bar No. 115301)
msinger@ckslaw.com
J. Jason Hill (Bar No. 179630)
jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone:  (619) 595-3001
Facsimile:  (619) 595-3000

Attorneys for Plaintiff Shameka Watson

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendant United Parcel Service, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA WATSON, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE No. 2:20-cv-03554-PSF-AFM<br><br>**RULE 41 STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Shameka Watson and Defendant United Parcel Service, Inc., by and through their undersigned counsel, hereby dismiss the above-captioned case as follows:

1. The individual claims of Plaintiff against Defendant shall be dismissed in their entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The class claims against Defendant shall be dismissed in their entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and (2). Plaintiff has not sought class certification, a class was not certified, and no notice was sent to a prospective class.

3. Except as otherwise agreed upon, each party shall bear his/her/its own costs and attorneys' fees.

Dated: July 8, 2021             COHELAN KHOURY & SINGER

                                By */s/ J. Jason Hill*
                                    Michael D. Singer
                                    J. Jason Hill
                                    Attorneys for Plaintiff Shameka Watson

Dated: July 8, 2021             QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                By */s/ Shon Morgan (with permission)*
                                    Shon Morgan
                                    Attorneys for United Parcel Service, Inc.

///
///
///
///
///

-1-                 Case No. 2:20-cv-03554-PSG-AFM
RULE 41 STIPULATION OF DISMISSAL

## **ECF ATTESTATION**

Pursuant to Section 2.f.4 of the Central District of California Electronic Case Filing Administrative Policies and Procedures, I, J. Jason Hill, attest that concurrence in the filing of this Stipulation has been obtained from the above persons who stipulated to the filing of this instrument.

COHELAN KHOURY & SINGER

Dated: July 8, 2021         By: /s/ J. Jason Hill
                                J. Jason Hill, Esq.
                            Attorneys for Plaintiff Shameka Watson

**PROOF OF SERVICE**

*Watson v. United Parcel Service, Inc.*

U.S.D.C. Case No. 2:20-cv-03554 PSG (AFMx)

I, Amber Worden, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite 200, San Diego, California 92101. On July 8, 2021, I instituted service of the forgoing document(s) described as:

**RULE 41 STIPULATION OF DISMISSAL**

on the following parties:

| **Counsel for Defendant:** | **Co-counsel for Plaintiff:** |
|---|---|
| Jack Baumann, Esq.<br>Shon Morgan, Esq.<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>jackbaumann@quinnemanuel.com<br>shonmorgan@quinnemanuel.com | Jonathan M. Lebe, Esq.<br>LEBE LAW, APC<br>777 South Alameda Street,<br>Second Floor<br>Los Angeles, CA 90021<br>jon@lebelaw.com |

in the manner described below:

[X]   Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.cacd.uscourts.gov.

Service will be deemed effective as provided for by Local Rule 5-4.1 of the District Court of California, Central District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed July 8, 2021, at San Diego, California.

_____
Amber Worden