1  COHELAN KHOURY & SINGER
2  Michael D. Singer (Bar No. 115301)
   msinger@ckslaw.com
3  J. Jason Hill (Bar No. 179630)
   jhill@ckslaw.com
4  605 C Street, Suite 200
5  San Diego, CA 92101
   Telephone:  (619) 595-3001
6  Facsimile:  (619) 595-3000
7
8  Attorneys for Plaintiff Shameka Watson

9  QUINN EMANUEL URQUHART & SULLIVAN, LLP
10 Shon Morgan (Bar No. 187736)
   shonmorgan@quinnemanuel.com
11 John W. Baumann (Bar No. 288881)
12 jackbaumann@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
16 Attorneys for Defendant United Parcel Service, Inc.

FILED
CLERK, U.S. DISTRICT COURT
7/9/21
CENTRAL DISTRICT OF CALIFORNIA
BY:   WH   DEPUTY

LINK 33

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA WATSON, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE No. 2:20-cv-03554-~~PSF~~-AFM  PSG<br><br>**RULE 41 STIPULATION OF DISMISSAL** ; ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Shameka Watson and Defendant United Parcel Service, Inc., by and through their undersigned counsel, hereby dismiss the above-captioned case as follows:

1. The individual claims of Plaintiff against Defendant shall be dismissed in their entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The class claims against Defendant shall be dismissed in their entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and (2). Plaintiff has not sought class certification, a class was not certified, and no notice was sent to a prospective class.

3. Except as otherwise agreed upon, each party shall bear his/her/its own costs and attorneys' fees.

Dated: July 8, 2021        COHELAN KHOURY & SINGER

                           By */s/ J. Jason Hill*
                              Michael D. Singer
                              J. Jason Hill
                              Attorneys for Plaintiff Shameka Watson

Dated: July 8, 2021        QUINN EMANUEL URQUHART & SULLIVAN, LLP

                           By */s/ Shon Morgan (with permission)*
                              Shon Morgan
                              Attorneys for United Parcel Service, Inc.

///
///
///
///
///
///

**IT IS SO ORDERED.**
DATED: 7/9/21

**U.S. DISTRICT JUDGE**

-1-   Case No. 2:20-cv-03554-PSG-AFM
RULE 41 STIPULATION OF DISMISSAL

## ECF ATTESTATION

Pursuant to Section 2.f.4 of the Central District of California Electronic Case Filing Administrative Policies and Procedures, I, J. Jason Hill, attest that concurrence in the filing of this Stipulation has been obtained from the above persons who stipulated to the filing of this instrument.

COHELAN KHOURY & SINGER

Dated: July 8, 2021         By: /s/ J. Jason Hill
                                J. Jason Hill, Esq.
                            Attorneys for Plaintiff Shameka Watson

# PROOF OF SERVICE

*Watson v. United Parcel Service, Inc.*

U.S.D.C. Case No. 2:20-cv-03554 PSG (AFMx)

I, Amber Worden, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite 200, San Diego, California 92101. On July 8, 2021, I instituted service of the forgoing document(s) described as:

## RULE 41 STIPULATION OF DISMISSAL

on the following parties:

| **Counsel for Defendant:** | **Co-counsel for Plaintiff:** |
|---|---|
| Jack Baumann, Esq. | Jonathan M. Lebe, Esq. |
| Shon Morgan, Esq. | LEBE LAW, APC |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 777 South Alameda Street, Second Floor |
| 865 S. Figueroa Street, 10th Floor | Los Angeles, CA 90021 |
| Los Angeles, CA 90017 | jon@lebelaw.com |
| jackbaumann@quinnemanuel.com | |
| shonmorgan@quinnemanuel.com | |

in the manner described below:

[X]   Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.cacd.uscourts.gov.

Service will be deemed effective as provided for by Local Rule 5-4.1 of the District Court of California, Central District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed July 8, 2021, at San Diego, California.

_____*Amber Worden*_____
Amber Worden